IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

|  |  |
|---|---|
| MELINDA MCCOY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : CIVIL ACTION NO. |
| CREATIVE CONSULTING | : 2:07-CV-0098-RWS |
| SERVICES OF NORTHEAST | : |
| GEORGIA, INC., JUDITH | : |
| MENDOZA, NICOLE ALLEN | : |
| DONNA TERRY, LINDA | : |
| GRAGG, ANDREA PHELPS, | : |
| | : |
| Defendants. | : |

**ORDER**

This case comes before the Court on Defendant Linda Gragg's Motion to Dismiss [2] and Amended Motion to Dismiss [3], filed on August 29 and August 30, 2007 respectively. Both motions are unopposed by Plaintiff.

Local Rule 7.1B requires that "any party opposing a motion shall serve the party's response . . . not later than ten (10) days after service of the motion." It further provides that "[f]ailure to file a response shall indicate that there is no

opposition to the motion." LR 7.1B, ND Ga.  Two months have elapsed, and Plaintiff has not responded to Ms. Gragg's Motion to Dismiss or Amended Motion to Dismiss.  Accordingly, the court **GRANTS as UNOPPOSED** Defendant Linda Gragg's Amended Motion to Dismiss [3].  Defendant Linda Gragg's Motion to Dismiss [2] is **DENIED as moot**.  The Clerk is **DIRECTED** to **TERMINATE** Linda Gragg as a defendant in this action.

    **SO ORDERED** this __14th__ day of November, 2007.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE